IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHRYN SCHAUBERGER,

                Plaintiff,                      OPINION AND ORDER

   v.

                                              20-cv-576-bbc

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 17, 2021, I granted the parties' joint motion to remand this case for further proceedings before an administrative law judge, pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. #26. Now Dana Duncan, counsel for plaintiff Kathryn Schauberger, has moved for authorization of attorney fees for his representation of plaintiff. Dkt. #27. Counsel is seeking $8,585.14 in fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Andrew Saul, Commissioner of the Social Security Administration, has not opposed plaintiff's counsel's request. Dkt. #32. Accordingly, I am granting plaintiff's counsel's motion.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $8,585.14 in fees to plaintiff's counsel in accordance with the assignment signed by plaintiff and his counsel.

ORDER

IT IS ORDERED that the motion for attorney fees in the amount of $8,585.14 filed by plaintiff Kathryn Schauberger's counsel, Dana Duncan, dkt. #27, is GRANTED.

Entered this 14th day of May, 2021.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge